■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO ALARCON, Also Known as MARIO MENDEZ, Appellant. [708 NYS2d 626] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered June 17, 1998, convicting him of driving while intoxicated, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions on appeal, the County Court providently exercised its discretion in ordering that he be tried in absentia (*see, People v Sanchez,* 65 NY2d 436; *People v Parker,* 57 NY2d 136).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Thompson, S. Miller and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUES ALEXANDRE, Appellant. [708 NYS2d 633] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 14, 1999 (*People v Alexandre,* 262 AD2d 496), affirming a judgment of the Supreme Court, Kings County, rendered September 9, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Krausman and McGinity, JJ., concur.